```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/9/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

**DIOGENES REYNOSO ALVAREZ,**

                **Plaintiff,**

     -against-

**BURGOS RESTAURANT CORP., et al.,**

                **Defendants.**
-----------------------------------------------------------------X

**20-CV-3715 (LTS)(SN)**

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

    This case was referred to my docket for general pretrial supervision on May 19, 2020. According to the docket, service was due upon the defendants on August 11, 2020. Plaintiff has not filed proof of service. By no later than September 18, 2020, Plaintiff is ORDERED to file a letter indicating whether the defendants have been served, and if not, why the case should not be dismissed without prejudice pursuant to Rule 4(m).

**SO ORDERED.**

                                                                                 SARAH NETBURN
                                                                                United States Magistrate Judge

DATED:      September 9, 2020
                 New York, New York