UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

DIOGENES REYNOSO ALVAREZ,

                    **Plaintiff,**

        -against-

BURGOS RESTAURANT CORP., et al.,

                    **Defendants.**
-----------------------------------------------------------------X

20-CV-3715 (LTS)(SN)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/18/2020

**SARAH NETBURN, United States Magistrate Judge:**

    According to the docket, service was completed upon each defendant on July 13, 2020, and defendants' time to answer expired on August 3, 2020. By no later than September 25, 2020, Plaintiff is ORDERED to file for default or submit a letter indicating how the prosecution of this case should proceed.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    September 18, 2020
                New York, New York